1 | FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
2 | JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
3 | San Francisco, California 94104
Telephone: (415) 399-3840
4 | Facsimile: (415) 399-3838
mdodd@fddcm.com
5 | jtouchstone@fddcm.com

6 | *Attorneys for Defendants*
Rohan Virmani, Eurostar Industries,
7 | EuroAsiana Auto Parts, LLC

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN FRANCISCO DIVISION**

11 | MISSION TRADING COMPANY, INC., et al.

Case No. CV 11-02901-MEJ

12 | *Plaintiffs,*

13 | v.

**DEFENDANTS' ANSWER AND COUNTERCLAIM OF EUROASIANA AUTO PARTS, LLC**

14 | ROHAN VIRMANI, et al.

15 | *Defendants.*

Chief Magistrate Judge Maria-Elena James

16 |

17 | EUROASIANA AUTO PARTS, LLC, a
Delaware limited liability company,

18 | *Counterclaimant,*

19 | v.

20 | HAKAM S.MISSON, an individual;
MISSIONT TRADING COMPANY, a
21 | California corporation; ROES 1 through 50,
inclusive, et al.

22 |

23 | *Counterdefendants.*

24 | Defendants Rohan Virmani, Eurostar Industries, and EuroAsiana Auto Parts, LLC

25 | (collectively "Defendants") respond to the Complaint as follows:

26 | PARTIES

27 | 1.  Answering the allegations of paragraph 1 of the Complaint, Defendants lack

28 | information or belief sufficient to permit them to admit such allegations and, therefore, deny such

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

1  allegations.

2      2.      Answering the allegations of paragraph 2 of the Complaint, Defendants lack

3  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

4  allegations.

5      3.      Answering the allegations of paragraph 3 of the Complaint, Defendants admit that

6  Defendant Virmani is a resident of the state of Connecticut and admit that he is affiliated with the

7  remaining Defendants.  Except as expressly so admitted, Defendants deny the remaining allegations

8  of paragraph 3.

9      4.      Answering the allegations of paragraph 4 of the Complaint, Defendants admit that

10  Eurostar Industries, Inc. ("Eurostar") is a Connecticut corporation and that Defendant Virmani is the

11  Secretary and Treasurer of Defendant Eurostar.  Except as expressly so admitted, Defendants deny

12  the remaining allegations of paragraph 4.

13      5.      Answering the allegations of paragraph 5 of the Complaint, Defendants admit that

14  Defendant EuroAsiana Auto Parts, LLC ("EuroAsiana") is Delaware limited liability company, has

15  its principal place of business in Portchester, New York and has a relationship to Defendant

16  Virmani and Deutsche Parts USA.  Except as expressly so admitted, Defendants deny the remaining

17  allegations of paragraph 5.

18      6.      Answering the allegations of paragraph 6 of the Complaint, Defendants lack

19  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

20  allegations.

21      7.      Answering the allegations of paragraph 7 of the Complaint, Defendants lack

22  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

23  allegations.

24  <u>JURISDICTION AND VENUE</u>

25      8.      Answering the allegations of paragraph 8 of the Complaint, Defendants lack

26  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

27  allegations.

28      9.      Answering the allegations of paragraph 9 of the Complaint, Defendants admit that

1   they are residents of the States of New York and/or Connecticut and/or Delaware. The remaining

2   allegations of paragraph 9 are allegations of law which do not require either an admission or a

3   denial.

4       10.    Answering the allegations of paragraph 10 of the Complaint, Defendants deny such

5   allegations and deny that Plaintiffs have been injured in any amount or at all.

6       11.    Answering the allegations of paragraph 11 of the Complaint, Defendants deny such

7   allegations.

8       12.    Answering the allegations of paragraph 12 of the Complaint, Defendants deny such

9   allegations.

10      13.    Answering the allegations of paragraph 13 of the Complaint, Defendants lack

11  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

12  allegations.

13      14.    Answering the allegations of paragraph 14 of the Complaint, Defendants lack

14  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

15  allegations.

16      15.    The allegations of paragraph 15 call for neither an admission nor a denial.

17  GENERAL ALLEGATIONS

18      16.    Answering the allegations of paragraph 16 of the Complaint, Defendants lack

19  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

20  allegations.

21      17.    Answering the allegations of paragraph 17 of the Complaint, Defendants lack

22  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

23  allegations.

24      18.    Answering the allegations of paragraph 18 of the Complaint, Defendants lack

25  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

26  allegations.

27      19.    Answering the allegations of paragraph 19 of the Complaint, Defendants lack

28  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

1  allegations.

2      20.    Answering the allegations of paragraph 20 of the Complaint, Defendants lack

3  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

4  allegations.

5      21.    Answering the allegations of paragraph 21 of the Complaint, Defendants lack

6  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

7  allegations.

8      22.    Answering the allegations of paragraph 22 of the Complaint, Defendants admit that

9  they compete in the marketplace with Plaintiffs.  Except as expressly so admitted, Defendants deny

10  the remaining allegations of paragraph 22.

11      23.    Answering the allegations of paragraph 23 of the Complaint, Defendants lack

12  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

13  allegations.

14      24.    Answering the allegations of paragraph 24 of the Complaint, Defendants lack

15  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

16  allegations.

17      25.    Answering the allegations of paragraph 25 of the Complaint, Defendants lack

18  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

19  allegations.

20      26.    Answering the allegations of paragraph 26 of the Complaint, Defendants lack

21  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

22  allegations.

23      27.    Answering the allegations of paragraph 27 of the Complaint, Defendants lack

24  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

25  allegations.

26      28.    Answering the allegations of paragraph 28 of the Complaint, Defendants lack

27  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

28  allegations.

29.     Answering the allegations of paragraph 29 of the Complaint, Defendants lack information or belief sufficient to permit them to admit such allegations and, therefore, deny such allegations.

30.     Answering the allegations of paragraph 30 of the Complaint, Defendants lack information or belief sufficient to permit them to admit such allegations and, therefore, deny such allegations.

31.     Answering the allegations of paragraph 31 of the Complaint, Defendants lack information or belief sufficient to permit them to admit such allegations and, therefore, deny such allegations.

32.     Answering the allegations of paragraph 32 of the Complaint, Defendants lack information or belief sufficient to permit them to admit such allegations and, therefore, deny such allegations.

33.     Answering the allegations of paragraph 33 of the Complaint, Defendants lack information or belief sufficient to permit them to admit such allegations and, therefore, deny such allegations.

34.     Answering the allegations of paragraph 34 of the Complaint, Defendants lack information or belief sufficient to permit them to admit such allegations and, therefore, deny such allegations.

35.     Answering the allegations of paragraph 35 of the Complaint, Defendants lack information or belief sufficient to permit them to admit such allegations and, therefore, deny such allegations.

36.     Answering the allegations of paragraph 36 of the Complaint, Defendants lack information or belief sufficient to permit them to admit such allegations and, therefore, deny such allegations.

37.     Answering the allegations of paragraph 37 of the Complaint, Defendants lack information or belief sufficient to permit them to admit such allegations and, therefore, deny such allegations.

38.     Answering the allegations of paragraph 38 of the Complaint, Defendants lack

1   information or belief sufficient to permit them to admit such allegations and, therefore, deny such

2   allegations.

3        39.    Answering the allegations of paragraph 39 of the Complaint, Defendants lack

4   information or belief sufficient to permit them to admit such allegations and, therefore, deny such

5   allegations.

6        40.    Answering the allegations of paragraph 40 of the Complaint, Defendants lack

7   information or belief sufficient to permit them to admit such allegations and, therefore, deny such

8   allegations.

9        41.    Answering the allegations of paragraph 41 of the Complaint, Defendants lack

10   information or belief sufficient to permit them to admit such allegations and, therefore, deny such

11   allegations.

12   FIRST CAUSE OF ACTION

13        42.    Defendants incorporate by reference herein their answers in paragraphs 1-41,

14   inclusive.

15        43.    Answering the allegations of paragraph 43 of the Complaint, Defendants deny such

16   allegations.

17        44.    Answering the allegations of paragraph 44 of the Complaint, Defendants deny such

18   allegations.

19        45.    Answering the allegations of paragraph 45 of the Complaint, Defendants deny such

20   allegations.

21        46.    Answering the allegations of paragraph 46 of the Complaint, Defendants deny such

22   allegations.

23        47.    Answering the allegations of paragraph 47 of the Complaint, Defendants deny such

24   allegations.

25        48.    Answering the allegations of paragraph 48 of the Complaint, Defendants deny such

26   allegations.

27        49.    Answering the allegations of paragraph 49 of the Complaint, Defendants deny such

28   allegations.

1      50.     Answering the allegations of paragraph 50 of the Complaint, Defendants deny such

2  allegations.

3      51.     Answering the allegations of paragraph 51 of the Complaint, Defendants deny such

4  allegations.

5      52.     Answering the allegations of paragraph 52 of the Complaint, Defendants deny such

6  allegations, and deny that Plaintiffs have been damaged in any amount or at all.

7                          SECOND CAUSE OF ACTION

8      53.     Defendants incorporate by reference as though fully set forth herein their answers in

9  paragraphs 1-52, inclusive.

10      54.     Answering the allegations of paragraph 54 of the Complaint, Defendants deny such

11  allegations.

12      55.     Answering the allegations of paragraph 55 of the Complaint, Defendants deny such

13  allegations.

14      56.     Answering the allegations of paragraph 56 of the Complaint, Defendants deny such

15  allegations, and deny that Plaintiffs have been damaged in any amount or at all.

16                        THIRD CAUSE OF ACTION

17      57.     Defendants incorporate by reference as though fully set forth herein their answers in

18  paragraphs 1-56, inclusive.

19      58.     Answering the allegations of paragraph 58 of the Complaint, Defendants lack

20  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

21  allegations.

22      59.     Answering the allegations of paragraph 59 of the Complaint, Defendants lack

23  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

24  allegations.

25      60.     Answering the allegations of paragraph 60 of the Complaint, Defendants lack

26  information or belief sufficient to permit them to admit such allegations and, therefore, deny such

27  allegations.

28      61.     Answering the allegations of paragraph 61 of the Complaint, Defendants lack

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

ANSWER AND COUNTERCLAIM
CASE NO. CV 11-02901-MEJ

1   information or belief sufficient to permit them to admit such allegations and, therefore, deny such

2   allegations.

3       62.     Answering the allegations of paragraph 62 of the Complaint, Defendants deny such

4   allegations.

5       63.     Answering the allegations of paragraph 63 of the Complaint, Defendants deny such

6   allegations and deny that Plaintiff Mission has been damaged in any amount or at all.

7       64.     Answering the allegations of paragraph 64 of the Complaint, Defendants deny such

8   allegations and deny that Plaintiff Mission has been damaged in any amount or at all.

9       65.     Answering the allegations of paragraph 65 of the Complaint, Defendants deny such

10  allegations and deny that Plaintiff Mission has been damaged in any amount or at all.

11      66.     Answering the allegations of paragraph 66 of the Complaint, Defendants deny such

12  allegations and deny that Plaintiff Mission has been damaged in any amount or at all.

13                          FOURTH CAUSE OF ACTION

14      67.     Defendants incorporate by reference as though fully set forth herein their answers in

15  paragraphs 1-66, inclusive.

16      68.     Answering the allegations of paragraph 68 of the Complaint, Defendants deny such

17  allegations.

18      69.     Answering the allegations of paragraph 69 of the Complaint, Defendants deny such

19  allegations.

20      70.     Answering the allegations of paragraph 70 of the Complaint, Defendants deny such

21  allegations.

22      71.     Answering the allegations of paragraph 71 of the Complaint, Defendants deny such

23  allegations.

24      72.     Answering the allegations of paragraph 72 of the Complaint, Defendants deny such

25  allegations.

26      73.     Answering the allegations of paragraph 73 of the Complaint, Defendants deny such

27  allegations.

28      74.     Answering the allegations of paragraph 74 of the Complaint, Defendants deny such

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1  allegations.

2      75.   Answering the allegations of paragraph 75 of the Complaint, Defendants deny such
3  allegations.

4      76.   Answering the allegations of paragraph 76 of the Complaint, Defendants deny such
5  allegations, and deny that Plaintiffs have been damaged in any amount or at all.

6      77.   Answering the allegations of paragraph 77 of the Complaint, Defendants deny such
7  allegations, and deny that Plaintiffs have been damaged in any amount or at all.

8      78.   Answering the allegations of paragraph 78 of the Complaint, Defendants deny such
9  allegations, and deny that Plaintiffs have been damaged in any amount or at all.

10                          FIFTH CAUSE OF ACTION

11      79.   Defendants incorporate by reference as though fully set forth herein their answers in
12  paragraphs 1-78, inclusive.

13      80.   Answering the allegations of paragraph 80 of the Complaint, Defendants lack
14  information or belief sufficient to permit them to admit such allegations and, therefore, deny such
15  allegations.

16      81.   Answering the allegations of paragraph 81 of the Complaint, Defendants deny such
17  allegations.

18      82.   Answering the allegations of paragraph 82 of the Complaint, Defendants lack
19  information or belief sufficient to permit them to admit such allegations and, therefore, deny such
20  allegations.

21      83.   Answering the allegations of paragraph 83 of the Complaint, Defendants deny such
22  allegations.

23      84.   Answering the allegations of paragraph 84 of the Complaint, Defendants deny such
24  allegations.

25      85.   Answering the allegations of paragraph 85 of the Complaint, Defendants deny such
26  allegations.

27      86.   Answering the allegations of paragraph 86 of the Complaint, Defendants deny such
28  allegations and deny that Plaintiffs have been damaged in any amount or at all.

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

9

1

### SIXTH CAUSE OF ACTION

2  87. Defendants incorporate by reference as though fully set forth herein their answers in

3 paragraphs 1-86, inclusive.

4  88. Answering the allegations of paragraph 88 of the Complaint, Defendants lack

5 information or belief sufficient to permit them to admit such allegations and, therefore, deny such

6 allegations.

7  89. Answering the allegations of paragraph 89 of the Complaint, Defendants deny such

8 allegations.

9  90. Answering the allegations of paragraph 90 of the Complaint, Defendants deny such

10 allegations.

11  91. Answering the allegations of paragraph 91 of the Complaint, Defendants deny such

12 allegations.

13

### SEVENTH CAUSE OF ACTION

14  92. Defendants incorporate by reference as though fully set forth herein their answers in

15 paragraphs 1-91, inclusive.

16  93. Answering the allegations of paragraph 93 of the Complaint, Defendants deny such

17 allegations.

18  94. Answering the allegations of paragraph 94 of the Complaint, Defendants deny such

19 allegations.

20  95. Answering the allegations of paragraph 95 of the Complaint, Defendants deny such

21 allegations.

22  96. Answering the allegations of paragraph 96 of the Complaint, Defendants deny such

23 allegations.

24  97. Answering the allegations of paragraph 97 of the Complaint, Defendants deny such

25 allegations and deny that Plaintiff Mission has been damaged in any amount or at all.

26  98. Answering the allegations of paragraph 98 of the Complaint, Defendants deny such

27 allegations and deny that Plaintiff Mission has been damaged in any amount or at all.

28

99.     Answering the allegations of paragraph 99 of the Complaint, Defendants deny such allegations and deny that Plaintiff Mission has been damaged in any amount or at all.

### EIGHTH CAUSE OF ACTION

100.     Defendants incorporate by reference as though fully set forth herein their answers in paragraphs 1-99, inclusive.

101.     Answering the allegations of paragraph 101 of the Complaint, Defendants deny such allegations and deny that Plaintiff Mission has been damaged in any amount or at all.

102.     Answering the allegations of paragraph 102 of the Complaint, Defendants deny such allegations and deny that Plaintiff Mission has been damaged in any amount or at all.

### NINTH CAUSE OF ACTION

103.     Defendants incorporate by reference as though fully set forth herein their answers in paragraphs 1-102, inclusive.

104.     Answering the allegations of paragraph 104 of the Complaint, Defendants deny such allegations.

105.     Answering the allegations of paragraph 105 of the Complaint, Defendants deny such allegations.

106.     Answering the allegations of paragraph 106 of the Complaint, Defendants deny such allegations and deny that Plaintiffs have been damaged in any amount or at all.

107.     Answering the allegations of paragraph 107 of the Complaint, Defendants deny such allegations.

108.     Answering the allegations of paragraph 108 of the Complaint, Defendants deny such allegations and deny that Plaintiffs have been damaged in any amount or at all.

### TENTH CAUSE OF ACTION

109.     Defendants incorporate by reference as though fully set forth herein their answers in paragraphs 1-108, inclusive.

110.     Answering the allegations of paragraph 110 of the Complaint, Defendants deny such allegations.

111.    Answering the allegations of paragraph 111 of the Complaint, Defendants deny such allegations and deny that Plaintiffs have been damaged in any amount or at all.

112.    Answering the allegations of paragraph 112 of the Complaint, Defendants deny such allegations.

113.    Answering the allegations of paragraph 113 of the Complaint, Defendants deny such allegations and deny that Plaintiffs have been damaged in any amount or at all.

114.    Answering the allegations of paragraph 114 of the Complaint, Defendants deny such allegations and deny that Plaintiffs have been damaged in any amount or at all.

## ELEVENTH CAUSE OF ACTION

115.    Defendants incorporate by reference as though fully set forth herein their answers to paragraph 1-114, inclusive.

116.    Answering the allegations of paragraph 116 of the Complaint, Defendants deny such allegations.

117.    Answering the allegations of paragraph 117 of the Complaint, Defendants deny such allegations and deny that Plaintiffs have been damaged in any amount or at all.

118.    Answering the allegations of paragraph 118 of the Complaint, Defendants deny such allegations and deny that Plaintiffs have been damaged in any amount or at all.

## TWELFTH CAUSE OF ACTION

119.    Defendants incorporate by reference as though fully set forth herein their answers to paragraphs 1-118, inclusive.

120.    Answering the allegations of paragraph 120 of the Complaint, Defendants lack information or belief sufficient to permit them to admit such allegations and, therefore, deny such allegations.

121.    Answering the allegations of paragraph 121 of the Complaint, Defendants deny such allegations.

122.    Answering the allegations of paragraph 122 of the Complaint, Defendants deny such allegations.

1     123.    Answering the allegations of paragraph 123 of the Complaint, Defendants deny such

2  allegations and deny that Plaintiff Mission has been damaged in any amount or at all.

3     124.    Answering the allegations of paragraph 124 of the Complaint, Defendants deny such

4  allegations and deny that Plaintiff Mission has been damaged in any amount or at all.

5     125.    Answering the allegations of paragraph 125 of the Complaint, Defendants deny such

6  allegations and deny that Plaintiff Mission has been damaged in any amount or at all.

7                        THIRTEENTH CAUSE OF ACTION

8     126.    Defendants incorporate by reference as though fully set forth herein their answers to

9  paragraphs 1-125, inclusive.

10    127.    Answering the allegations of paragraph 127 of the Complaint, Defendants deny such

11  allegations.

12    128.    Answering the allegations of paragraph 128 of the Complaint, Defendants deny such

13  allegations.

14    129.    Answering the allegations of paragraph 129 of the Complaint, Defendants deny such

15  allegations.

16    130.    Answering the allegations of paragraph 130 of the Complaint, Defendants deny such

17  allegations and deny that Plaintiff Mission has been damaged in any amount or at all.

18                        FOURTEENTH CAUSE OF ACTION

19    131.    Defendants incorporate by reference as though fully set forth herein their answers in

20  paragraphs 1-130, inclusive.

21    132.    Answering the allegations of paragraph 132 of the Complaint, Defendants deny such

22  allegations.

23    133.    Answering the allegations of paragraph 133 of the Complaint, Defendants deny such

24  allegations.

25    134.    Answering the allegations of paragraph 134 of the Complaint, Defendants deny such

26  allegations.

27    135.    Answering the allegations of paragraph 135 of the Complaint, Defendants deny such

28  allegations and deny that Plaintiffs have been damaged in amount or at all.

FIFTEENTH CAUSE OF ACTION

136.   Defendants incorporate by reference as though fully set forth herein their answers in paragraphs 1-135, inclusive.

137.   Defendants incorporate by reference as though fully set forth herein their answers in paragraphs 1-136, inclusive.

138.   Answering the allegations of paragraph 138 of the Complaint, Defendants lack information or belief sufficient to permit them to admit such allegations and, therefore, deny such allegations.

139.   Answering the allegations of paragraph 139 of the Complaint, Defendants deny such allegations.

140.   Answering the allegations of paragraph 140 of the Complaint, Defendants deny such allegations and deny that Plaintiffs have been damaged in amount or at all.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint and each cause of action therein fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint and each cause of action therein are barred by the applicable statutes of limitation.

### THIRD AFFIRMATIVE DEFENSE

The Complaint and each cause of action therein are barred by the equitable doctrines of estoppel, unclean hands and laches and by the doctrine of waiver.

### FOURTH AFFIRMATIVE DEFENSE

Any allegedly defamatory statements made by Defendants, which statements are denied, are not actionable because they were true in substance.

### FIFTH AFFIRMATIVE DEFENSE

Any allegedly defamatory statements made by Defendants, which statements are denied, are not actionable because they amounted to fair comment, were honest expressions of opinion rather

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

ANSWER AND COUNTERCLAIM
CASE NO. CV 11-02901-MEJ

1  than fact, and/or were protected as free speech by the state and federal constitutions.

2  SIXTH AFFIRMATIVE DEFENSE

3  Any allegedly defamatory statements made by Defendants, which statements are denied,

4  were qualifiedly privileged because they were made without malice to a person interested therein.

5  SEVENTH AFFIRMATIVE DEFENSE

6  Any alleged interference with contractual relations or prospective economic advantage or

7  alleged infliction of emotion distress, which interference and distress are denied, is not actionable

8  because Defendants were privileged to act.

9  EIGHTH AFFIRMATIVE DEFENSE

10  Plaintiff's claim for misappropriation of trade secrets is barred because the information

11  alleged to constitute trade secrets was neither confidential nor did it derive any economic value from

12  not being generally known.

13  NINTH AFFIRMATIVE DEFENSE

14  Plaintiff's alleged trademark is not inherently distinctive, has not acquired any secondary

15  meaning in the marketplace and, to the extent Defendants are alleged to have infringed, they were

16  engaged in fair use of the alleged mark.

17  TENTH AFFIRMATIVE DEFENSE

18  Any alleged trade libel, which trade libel is denied, is not actionable because any statements

19  made were not false, Plaintiffs cannot establish any pecuniary loss and/or any statements were

20  qualifiedly privileged.

21  ELEVENTH AFFIRMATIVE DEFENSE

22  Any alleged invasion of privacy, which invasion is denied, is not actionable because

23  Defendants acted in good faith and without malice and/or because Defendants' actions were

24  protected by the state and federal constitutional protections for free speech.

25  TWELFTH AFFIRMATIVE DEFENSE

26  Plaintiffs have failed to mitigate their damages, if any damages there were.

27  THIRTEENTH AFFIRMATIVE DEFENSE

28  Any claim for injunctive relief is barred because any alleged wrongful conduct is not

1    continuing or threatened to continue and/or Plaintiffs have an adequate remedy at law.

2        WHEREFORE, Defendants prays that plaintiffs take nothing by way of their Complaint and

3    Defendants be given judgment herein, together with its costs and such other relief as the Court may

4    deem just and proper.

5                                **COUNTERCLAIM**

6        Counterclaimant EuroAsiana Auto Parts, LLC ("Counterclaimant" or "EuroAsiana") alleges

7    as follows:

8                            GENERAL ALLEGATIONS

9        1.      Counterclaimant EuroAsiana Auto Parts, LLC is a Delaware Limited Liability

10   Company, with its principal place of business in Portchester, New York.

11       2.      Counterclaimant is informed and believes and on that basis alleges that

12   counterdefendant Mission Trading Company ("Mission Trading") is a California corporation with

13   its principal place of business in Livermore, California.

14       3.      Counterclaimant is informed and believes and on that basis alleges that

15   counterdefendant Hakam S. Misson ("Misson") is a resident of Contra Costa County, California and

16   is the president and chief executive officer of counterdefendant Mission Trading.

17       4.      Counterclaimant is informed and believes and on that basis alleges that there exists,

18   and at all times herein mentioned there existed, a unity of interest and ownership between

19   counterdefendants Misson and Mission Trading, such that any individuality and separateness

20   between counterdefendants have ceased, and counterdefendant Mission Trading is the alter ego of

21   counterdefendant Misson. As a result, adherence to the fiction of the separate existence of the

22   counterdefendant Mission Trading as an entity distinct from counterdefendant Misson would permit

23   an abuse of the corporate privilege and would sanction fraud or promote injustice.

24       5.      Counterdefendants are informed and believe and on that basis allege that each of the

25   counterdefendants are jointly and severally liable as principal, agent, employer or alter-ego of the

26   other and was, in performing the acts complained in this Counterclaim, acting at least partially

27   within the scope of that agency, employment, partnership or alter-ego authority.

28

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

                                        16

JURISDICTION AND VENUE

6. · Pursuant to 28 U.S.C. § 1367, the Court has supplemental jurisdiction of the subject matter of this Counterclaim because the counterclaims are so related to claims in the Complaint that they form part of the same case or controversy under Article III of the United States Constitution.

7. Pursuant to 28 U.S.C. § 1391(a), venue is proper in this District.

GENERAL ALLEGATIONS

8. Counterclaimant EuroAsiana is a successful seller of high quality replacement automobile parts for, among other things, luxury German automobiles such as BMW, Mercedes Benz and others. EuroAsiana is an authorized seller of such parts and among the parts sold by EuroAsiana are Original Equipment Manufacturer ("OEM") manufactured parts as well as replacement parts fabricated by reputable, high quality manufacturers.

9. EuroAsiana operates a "store" on the internet site of eBay on which it advertises the parts it has available for sale. EuroAsiana sells its auto parts over eBay using the trade name Deutsche Parts, and uses a distinctive mark "DP" on its advertising copy posted on the site. Deutsche Parts goods are respected throughout the automobile parts industry for their quality and dependability.

10. EuroAsiana has invested a substantial amount of time, skill and resources into developing a specific look and feel for the parts advertisement it posts on the Deutsche Parts site of its eBay store. The advertisements include high quality photographs of the relevant parts, the part numbers and names and a list of applications and specifications in an easily readable and recognizable format. Much of the information on the site, including the photographs, applications and specifications, comes directly from the manufacturers which supply EuroAsiana or have been independently developed by EuroAsiana through its own research, knowledge and expertise of, and contacts within, the industry and because it is an authorized seller of such parts. The information is otherwise not generally or readily available to sellers or buyers in the marketplace. The information contained in EuroAsiana's advertising information on the Deutsche Parts eBay store site is valuable information which customers need and rely upon in order to determine that they are buying the appropriate parts for their needs.

11.     Counterdefendant Mission Trading is a competitor of EuroAsiana. Counterclaimant EuroAsiana is informed and believes, and on that basis alleges, that Mission operates eBay stores under the names Bremen Tech and Eurasia through which Mission Trading sells automobile parts. Commencing in at least January 2011 and continuing to the present, Mission Trading has engaged in a campaign first to copy, without authorization by or compensation to EuroAsiana, and thus misappropriate, the advertising materials, including photographs, product names and parts numbers, application data and specifications, which EuroAsiana has developed and displayed for the purpose of selling products, then to mislead the public by allegedly offering such parts for sale at prices lower than EuroAsiana charges and then, in fact, selling different and inferior products.

12.     For example, as reflected in Exhibit A hereto, EuroAsiana, through Deutsche Parts, advertised for sale a BMW E53 X5 3.0 4.4 4.6 4.8 Condenser Fan Motor Assembly and posted a photograph of the part, and the necessary part specifications, identifying information and applications data. Counterdefendant Mission Trading, through Bremen Tech, lifted directly from the Deutsche Parts store site, the part photograph, as well as the applications charts, titles, tables and fonts used in Deutsche Parts' advertisement for the part, and displayed such information on its own eBay store site. Exhibit B is another example of a part advertised in Deutsche Parts' store as to which counterdefendant Mission Trading copied and displayed Deutsche Parts' advertising materials and parts information.

13.     Counterclaimant EuroAsiana is informed and believes, and on that basis alleges, that counterdefendant Mission Trading has copied its advertising materials and parts information and falsely displayed such materials as its own on approximately 100 or more occasions and continues, and threatens to continue, to do so.

14.     Commencing in or around January 2011, EuroAsiana complained to eBay that counterdefendant Mission Trading was copying Deutsche Parts advertising materials, displaying such materials as its own and was thus potentially misleading the public. Counterclaimant EuroAsiana is informed and believes, and on that basis alleges, that eBay has required counterdefendant Mission Trading to remove dozens of advertisements from the Bremen Tech store site which plainly and unlawfully copied Deutsche Parts materials. For example, attached hereto as

1  Exhibit C is a copy of a Deutsche Parts add which was copied verbatim by counterdefendant

2  Mission Trading's store site, including even Deutsche Parts's distinctive "DP" designation.

3  Counterclaimant EuroAsiana is informed and believes, and on that basis alleges, that as soon as

4  EuroAsiana called counterdefendant Mission Trading's unauthorized copying of Exhibit C to

5  eBay's attention, eBay caused Mission Trading to remove the ad from its Bremen Tech store site.

6  Indeed, as reflected on Exhibit D hereto, on or about February 20, 2011, eBay officials wrote to

7  EuroAsiana to say that, "Regarding Bremtech, we are watching this account very closely.  Please let

8  us know if you see future duplicates.  In regards to them cop[y]ing your listings, Peter [Strack of

9  eBay] is working with our policy specialists to ensure those listings are removed."

10      15.    Notwithstanding eBay's efforts to remove the misleading duplicate listings posted by

11  counterdefendant Mission Trading, counterclaimant EuroAsiana is informed and believes, and on

12  that basis alleges, that Mission Trading continues to post and list for sale parts utilizing EuroAsiana

13  and Deutsche Parts advertising materials, including photographs, application data, part names and

14  numbers, and specifications.

15      16.    In addition to copying EuroAsiana's advertising materials and falsely representing

16  them as its own, counterclaimant EuroAsiana is informed and believes, and on that basis alleges,

17  that counterdefendant Mission Trading has copied and displayed such materials specifically to

18  mislead the public into believing that it is selling the same authorized OEM or replacement parts as

19  sold by EuroAsiana/Deutsche Parts, and then to deliver to the public cheaper, inferior goods.

20  Furthermore, counterclaimant EuroAsiana is informed and believes, and on that basis alleges, that

21  counterdefendant Mission Trading has copied and displayed such materials, and then allegedly

22  offered such parts for sale at prices lower than EuroAsiana/Deutsche Parts charges, not only to

23  mislead the public into believing that it was selling high quality parts, but specifically for the

24  purpose of gaining an unlawful competitive advantage over EuroAsiana and to direct customers to

25  Mission Tradings's eBay store, rather than to Deutsche Parts's store.

26      17.    Counterclaimant EuroAsiana is informed and believes, and on that basis alleges, that

27  counterdefendant Mission Trading's campaign of misappropriation and display of

28  EuroAsian/Deutsche Parts' advertising materials has in fact misled the public, has unlawfully

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

19

1 diverted customers to Mission Trading who would otherwise have purchased goods from

2 EuroAsiana/Deutsche Parts, and has caused EuroAsiana/Deutsche Parts to lose substantial revenue

3 in an amount to be proven at trial.

4      18.     Counterclaimant EuroAsiana is informed and believes, and on that basis alleges, that

5 counterdefendant Mission Trading will continue, and threatens to continue, to engage in its unlawful

6 competitive behavior unless restrained and, to the extent that Mission Trading continues and

7 threatens to continue to do so, EuroAsiana has suffered and will continue to suffer irreparable harm

8 for which its remedy at law is inadequate.

9      19.     Counterdefendant Mission Trading's conduct as hereinabove alleged has been

10 undertaken through fraud, malice and oppression justifying an award of punitive or exemplary

11 damages.

12      20.     WHEREFORE, counterclaimant EuroAsiana prays for judgment as set forth below.

13 FIRST CLAIM FOR RELIEF

14 (Unfair Competition – Cal. Bus. & Prof. Code § 17200)

15      21.     Counterclaimants incorporate by reference, as though fully set forth herein, the

16 allegations of paragraphs 1-20 of this Counterclaim.

17      22.     Counterdefendants' course of conduct described above constitutes unfair competition

18 within the meaning of Cal. Bus. & Prof. Code § 17200 *et seq.*

19      23.     Counterclaimant EuroAsiana has suffered injury to its business and property as a

20 result of counterdefendants' unfair competition. In addition to damages, EuroAsiana is entitled to

21 relief, including restitution and/or disgorgement of all revenues, earnings, profits, compensation,

22 and benefits which may have been obtained by counterdefendants as a result of such unfair business

23 practices.

24      24.     Counterclaimant EuroAsiana is informed and believes, and on that basis alleges, that

25 counterdefendants will continue, and threatens to continue, to engage in its unlawful competitive

26 behavior unless restrained and, to the extent that counterdefendants continue and threaten to

27 continue to do so, EuroAsiana has suffered and will continue to suffer irreparable harm for which its

28 remedy at law is inadequate. Accordingly, Counterclaimant EuroAsiana is entitled to preliminary

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

20

1 | and permanent injunctive relief to restrain counterdefendant's unlawful conduct.

2 |    25.    Counterdefendants' conduct was undertaken with fraud, oppression and malice such
3 | that EuroAsiana should be awarded punitive or exemplary damages.

4 |    26.    WHEREFORE, Counterclaimant EuroAsiana prays for judgment as set forth below.

5 | SECOND CLAIM FOR RELIEF

6 | (False Advertising – Cal. Bus. & Prof. Code § 17500)

7 |    27.    Counterclaimant EuroAsiana incorporates by reference, as though fully set forth
8 | herein, paragraphs 1-20, inclusive, of this Counterclaim.

9 |    28.    Counterdefendants' course of conduct described above constitutes false advertising
10 | within the meaning of Cal. Bus. & Prof. Code § 17500 *et seq.*

11 |    29.    Counterclaimant EuroAsiana and members of the public have suffered injury to their
12 | business and property as a result of counterdefendants' false advertising.  In addition to damages,
13 | EuroAsiana is entitled to relief, including restitution and/or disgorgement of all revenues, earnings,
14 | profits, compensation, and benefits which may have been obtained by counterdefendants as a result
15 | of such unfair business practices.

16 |    30.    Counterclaimant EuroAsiana is informed and believes, and on that basis alleges, that
17 | counterdefendants will continue, and threaten to continue, to engage in its unlawful competitive
18 | behavior unless restrained and, to the extent that counterdefendants continue and threaten to
19 | continue to do so, EuroAsiana has suffered and will continue to suffer irreparable harm for which its
20 | remedy at law is inadequate.  Accordingly, Counterclaimant EuroAsiana is entitled to preliminary
21 | and permanent injunctive relief to restrain counterdefendants' unlawful conduct.

22 |    31.    Counterdefendants' conduct was undertaken with fraud, oppression and malice such
23 | that EuroAsiana should be awarded punitive or exemplary damages.

24 |    32.    WHEREFORE, Counterclaimant EuroAsiana prays for judgment as set forth below.

25 | THIRD CLAIM FOR RELIEF

26 | (Interference with Prospective Economic Advantage)

27 |    33.    Counterclaimant EuroAsiana incorporates by reference, as though fully set forth
28 | herein, the allegations of paragraphs 1-20, inclusive, of this Counterclaim.

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

21

34.    Counterdefendants knew of EuroAsiana's existing and anticipated customer relationships, and that EuroAsiana depended upon the information on the Deutsche Parts store site to maintain existing customer relationships and to develop new customer relationships.

35.    Despite such knowledge, and for the express purpose of interfering with EuroAsiana's existing and prospective customer relationships, counterdefendants undertook the campaign of misappropriation and false advertising described more fully above.

36.    As a direct and proximate result of counterdefendants' wrongdoing, as alleged above, counterclaimant EuroAsiana has lost customers and has lost sales which it would otherwise have achieved in an amount to be proven at trial.

37.    Counterdefendants' conduct was undertaken with fraud, oppression and malice such that EuroAsiana should be awarded punitive or exemplary damages.

38.    WHEREFORE, counterclaimant EuroAsiana prays for judgment as set forth below.

FOURTH CLAIM FOR RELIEF

(Trespass to Chattels)

39.    Counterclaimant EuroAsiana incorporates by reference, as though fully set forth herein, the allegations of paragraphs 1-20, inclusive, of this Counterclaim.

40.    Counterclaimant EuroAsiana is informed and believes, and on that basis alleges, that counterdefendants have unlawfully and intentionally accessed and utilized EuroAsiana's proprietary advertising and related materials without authorization or compensation, thereby impeding EuroAsiana's use and enjoyment of such material, thereby resulting in a trespass.

41.    As a direct and proximate result of counterdefendants' unlawful trespass of EuroAsiana's proprietary information as hereinabove alleged, Counterclaimant EuroAsiana has been damaged in an amount to be proven at trial.

42.    Counterdefendants' conduct was undertaken with fraud, oppression and malice such that EuroAsiana should be awarded punitive or exemplary damages.

43.    WHEREFORE, Counterclaimant EuroAsiana prays for judgment as set forth below.

1

FIFTH CLAIM FOR RELIEF

2

(Unjust Enrichment)

3    44.    Counterclaimant EuroAsiana incorporates by reference, as though fully set forth

4    herein, paragraphs 1-20, inclusive, of this Counterclaim.

5    45.    By misappropriating, and failing to pay compensation for, the advertising materials

6    and product information developed by EuroAsiana, counterdefendants have obtained valuable

7    advertising material without having to expend resources to develop such material, have reaped

8    substantial profits from unlawfully utilizing such materials and caused counterclaimant EuroAsiana

9    to lose sales and otherwise to be put at an unlawful competitive disadvantage.

10   46.    Furthermore, by misleading the buying public into believing that it could purchase

11   the parts ostensibly being advertised at prices lower than those charged by EuroAsiana/Deutsche

12   Parts, counterdefendants have diverted potential customers of EuroAsiana and reaped substantial

13   profits thereby and causing EuroAsiana to suffer substantial monetary losses which it would not

14   otherwise have suffered.

15   47.    Based on the facts hereinabove alleged, it would be unconscionable and unjust for

16   counterdefendants to enrich themselves at Counterclaimant's expense and Counterclaimant

17   EuroAsiana has thus been damaged in amount to be proven at trial.

18   48.    Counterdefendants' conduct was undertaken with fraud, oppression and malice such

19   that EuroAsiana should be awarded punitive or exemplary damages.

20   49.    WHEREFORE, counterclaimant EuroAsiana prays for judgment as set forth below.

21

PRAYER FOR RELIEF

22   1.    On the First Claim For Relief:

23         For compensatory and punitive damages according to proof;

24         For a preliminary and permanent injunction.

25   2.    On the Second Claim For Relief:

26         For compensatory and punitive damages according to proof;

27         For a preliminary and permanent injunction.

28         For attorneys' fees pursuant to CCP § 1021.5.

1    3.    On the Third Claim For Relief:

2          For compensatory and punitive damages according to proof;

3          For a preliminary and permanent injunction.

4    4.    On the Fourth Claim For Relief:

5          For compensatory and punitive damages according to proof;

6          For a preliminary and permanent injunction.

7    5.    On the Fifth Claim For Relief:

8          For compensatory and punitive damages according to proof;

9          For a preliminary and permanent injunction.

10   6.    On the Sixth Claim For Relief:

11         For compensatory and punitive damages according to proof;

12         For a preliminary and permanent injunction.

13   7.    On all Claims For Relief:

14         For costs of suit;

15         Such other and further relief as the Court deems just and appropriate.

16   Dated: August 10, 2011                    FUTTERMAN DUPREE DODD
                                               CROLEY MAIER LLP
17

18                                             By:_____/s/ Martin H. Dodd_____
                                                        Martin H. Dodd
19                                             Attorneys for Defendants and
                                               Counterclaimants Rohan Virmani, Eurostar
20                                             Industries, and EuroAsiana Auto Parts, LLC

21

22

23

24

25

26

27

28

# EXHIBIT A



Brementech
Item No: 280612374583
BMW E53 X5 3.0.4.4.4.6.4.8
CONDENSER FAN MOTOR ASSEMBLY

DP Parts
Item No: 400179243252
BMW E53 X5 3.0.4.4.4.6.4.8
CONDENSER FAN MOTOR ASSEMBLY

Note: The Applications Charts, Titles, Tables and Fonts were copied from DP Parts

# EXHIBIT B



**Bermentech**

Item No. 270695514237
AUDI A4 A6 VW PASSAT CONTROL ARM BALL JOINT KIT 13 PC

**DP Parts**

Item No. 120671172029
Audi A4 A6 VW PASSAT Control Arm Ball Joint Kit 13 PC

Note: Item Title, Applications Charts, Tables and Fonts were copied from DP Parts

# EXHIBIT C

Preview Item

Help

## BMW E46 Control Arm Tie Rod Bushings 99 2000 01 02 03

**Listing Summary Table**

| | |
|---|---|
| **Subtitle** | |
| **Category 1** | eBay Motors > Parts & Accessories > Car & Truck Parts > Suspension & Steering > Control Arms & Parts (# 33553) |
| **Category 2** | |
| **Main Store Category** | BMW |
| **2nd Store Category** | STEERING & SUSPENSION |
| **Duration** | GTC |
| **Quantity** | 100 items |
| **Start Price** | |
| **Reserve Price** | 255.00 |
| **Buy It Now Price** | |

| | | |
|---|---|---|
| **Format** | | Fixed Price |
| **Site** | | |
| **Listing Upgrades** | | Gallery selected |
| **Shipping Costs** | | Buyer pays flat Postage rates. Postage service(s) offered: UPS Ground: $0.00(+0.00 for each additional), UPS Next Day Air Saver: $100.00(+100.00 for ... |
| **Tax** | | Charge sales tax according to the Sales Tax Table. |

| | | |
|---|---|---|
| | 330i (G=10) | 2001 - 2005 |
| BMW | 330i (E46) | 2001 - 2005 |
| BMW | 330Ci Conv. (E46) | 2001 - 2005 |



Edit    Close

Item 1 of 1

# EXHIBIT D

**From:** Anhorn, Serina [mailto:sanhorn@ebay.com]
**Sent:** Sunday, February 20, 2011 2:33 PM
**To:** Rohan Virmani
**Cc:** Strack, Peter
**Subject:** RE:

*REDACTED*

Hi Rohan,

I apologize for the delay in my response time. I have been in meetings for majority of the week.

After speaking with Peter, he informed me that you received an answer to the question below.

### REDACTED

Regarding Bremtech, we are watching this account very closely. Please let us know if you see any future duplicates. In regards to them coping your listings, Peter is working with our policy specialist to ensure those listings are removed.

Have a great holiday weekend.

Serina