SUNITA KAPOOR, LL.M. (SBN #154186)
LAW OFFICES OF SUNITA KAPOOR
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 351-6789
Facsimile: (925) 831-1059

Attorney for Plaintiffs and Counter-Defendants
Mission Trading Company & Hakam S. Misson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Mission Trading Company, *et al.*<br><br>Plaintiffs<br><br>vs.<br><br>Rohan Virmani, *et al.*<br><br>Defendants | Civil Action Case No. CV-11-2901-MEJ<br><br>**PLAINTIFFS AND COUNTER-DEFENDANTS' NOTICE OF MOTION TO STRIKE DEFENDANTS AND COUTNER-CLAIMANTS' AFFIRMATIVE DEFENSES** |
| EuroAsiana Auto Parts, LLC,<br><br>Counter-Claimant<br><br>vs.<br><br>Mission Trading Company, *et al.*<br><br>Counter-Defendants | Date: October 6, 2011 (Thursday)<br>Time: 10:00 a.m.<br>Ctrm: B<br>450 Golden Gate Avenue, 15th Floor<br>San Francisco, CA 94102<br>Chief Magistrate Judge Maria-Elena James |

**TO COUNTER-CLAIMANT AND ITS ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that on October 6, 2011 at 10:00 a.m., in Courtroom B, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California, Plaintiffs and Counter-Defendants, Mission Trading Company and Hakam S. Misson ("Plaintiffs"), will move to strike

Defendants Rohan Virmani, Eurostar Industries, Inc. and EuroAsiana Auto Parts, LLC's ("Defendants") affirmative defenses pursuant to the Federal Rules of Civil Procedure, Rules 8 and 12(f), on the grounds that Defendants failed be pled with enough specificity to give the Plaintiffs fair notice of the defenses being advanced. The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, filed herewith, and the pleadings and papers filed herein, the pleadings and records contained in the Court file, and any other oral or documentary evidence presented to the Court at the time of hearing.

Dated: August 31, 2011　　　　　　　　　　　LAW OFFICES OF SUNITA KAPOOR


By:_____/s/ Sunita Kapoor_____
　　　SUNITA KAPOOR
　　　Attorney for Plaintiffs and Counter-Defendants