1

2              UNITED STATES  DISTRICT COURT

3                 Northern District of California

4

5   MISSION TRADING CO                    No. C 11-02901 MEJ

6                    Plaintiff(s),         **ORDER DIRECTING PLAINTIFFS
           v.                              TO SUBMIT CHAMBERS COPIES IN
7                                          COMPLIANCE WITH GENERAL
    ROHAN VIRMANI                          ORDER 45 AND THE COURT'S
8                                          STANDING ORDERS**
                   Defendant(s).
9   _____/

10

11         On August 31, 2011, Plaintiffs and Counter-Defendants electronically filed a motion to

12   dismiss and a motion to strike.  (Dkt. ## 17, 19.)  However, Plaintiffs failed to comply with General

13   Order 45 and the Court's Standing Orders by not delivering to the Clerk's Office "no later than noon

14   on the business day following the day that the papers are filed electronically, one paper copy of each

15   document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the

16   judge's name, case number, and 'Chambers Copy-Do Not File.'"  *See* General Order 45 § VI.G; *see*

17   *also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6.  Plaintiffs shall

18   immediately submit a chambers copy of the above-referenced documents.  **ALL CHAMBERS**

19   **COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE (1) ON EACH**

20   **PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL**

21   **EXHIBITS WITH LABELED TAB DIVIDERS.**

22         **IT IS SO ORDERED.**

23

24   Dated: September 7, 2011                    _____

25                                        Maria-Elena James
                                         Chief United States Magistrate Judge
26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**