UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MISSION TRADING CO<br><br>　　　　　　Plaintiff(s),<br>　v.<br>ROHAN VIRMANI<br>　　　　　　Defendant(s).<br>_____/ | No. C 11-02901 MEJ<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On August 31, 2011, Plaintiffs and Counter-Defendants electronically filed a motion to dismiss and a motion to strike. (Dkt. ## 17, 19.) However, Plaintiffs failed to comply with General Order 45 and the Court's Standing Orders by not delivering to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Plaintiffs shall immediately submit a chambers copy of the above-referenced documents. **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.**

　　　**IT IS SO ORDERED.**

Dated: September 7, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge