UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MISSION TRADING CO, | No. C 11-02901 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| v. | |
| ROHAN VIRMANI, | |
| Defendant(s). | |

This matter is currently scheduled for a case management conference on September 22, 2011. However, as there is a pending motion to dismiss and a pending motion to strike, the Court hereby VACATES the c.m.c. The Court shall reschedule the c.m.c. upon resolution of the pending motions.

**IT IS SO ORDERED.**

Dated: September 7, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge