SUNITA KAPOOR, LL.M. (SBN #154186)
LAW OFFICES OF SUNITA KAPOOR
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 351-6789
Facsimile: (925) 831-1059

Attorney for Plaintiffs and Counter-Defendants
Mission Trading Company & Hakam S. Misson

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Mission Trading Company, *et al.*<br><br>Plaintiffs<br><br>vs.<br><br>Rohan Virmani, *et al.*<br><br>Defendants<br><br>─────────────────<br><br>EuroAsiana Auto Parts, LLC,<br><br>Counter-Claimant<br><br>vs.<br><br>Mission Trading Company, *et al.*<br><br>Counter-Defendants | Civil Action Case No. CV-11-2901-MEJ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS AND COUNTER-DEFENDANTS' MOTIONS TO STRIKE DEFENDANTS AND COUNTER-CLAIMANTS' AFFIRMATIVE DEFENSES AND TO DISMISS DEFENDANTS AND COUNTER-CLAIMANTS' COUNTER-CLAIMS |

This matter came before the Court to consider the Motion to Strike Defendants and Counter-Claimants' Affirmative Defenses (Docket No. 17) and to Dismiss Defendants and Counter-Claimants' Counter-Claims (Docket No. 19).

[[PROPOSED] ORDER GRANTING PLAINTIFFS AND COUNTER-DEFENDANTS' MOTIONS TO STRIKE DEFENDANTS AND COUNTER-CLAIMANTS' AFFIRMATIVE DEFENSES AND TO DISMISS DEFENDANTS AND COUNTER-CLAIMANTS' COUNTER-CLAIMS

1

Pursuant to Civil Local Rule 7-3(b), Defendants and Counter-Claimant filed a Statement of Non-Opposition to Plaintiffs and Couter-Dedundants Motions to Strike Defendants Affirmative Defenses and Motion to Dismiss Defendants and Counter-Claimants' Counter-Claims (Docket No. 29).

After considering the Motions, and in view of the Response and Statement of Non-Opposition by Defendants and Counter-Claimants':

IT IS HEREBY ORDERED that Plaintiffs and Counter-Defendants' Motion to Strike Defendants and Counter-Claimants' Affirmative Defenses is hereby GRANTED.

IT IS HEREBY FURTHER ORDERED that Plaintiffs and Counter-Defendants' Motion to Dismiss Defendants and Counter-Claimants' Counter-Claims is hereby GRANTED.

IT IS HEREBY FURTHER ORDERED that Defendants and Counter-Defendants amend their Affirmative Defenses and Counter-Claims in accordance with Federal Rules of Civil Procedure 15(a)(1)(b).

IT IS HEREBY FURTHER ORDERED that hearings on Plaintiffs and Counter-Defendants Motions to Strike Defendants and Counter-Claimants' Affirmative Defenses and to Dismiss Defendants and Counter-Claimants' Counter-Claims, scheduled for October 6, 2011 at 10:00 a.m. are vacated.

**IT IS SO ORDERED**:

Dated: September 21, 2011

**Maria-Elena James, Chief Magistrate Judge**
**United States District Court**
**Northern District of California**

[[PROPOSED] ORDER GRANTING PLAINTIFFS AND COUNTER-DEFENDANTS' MOTIONS TO STRIKE DEFENDANTS AND COUNTER-CLAIMANTS' AFFIRMATIVE DEFENSES AND TO DISMISS DEFENDANTS AND COUNTER-CLAIMANTS' COUNTER-CLAIMS

2