UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MISSION TRADING CO

    Plaintiff(s),                       No. 11-02901 MEJ

  v.                                **NOTICE AND ORDER SETTING CMC**

ROHAN VIRMANI

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above-entitled case has been set for a Case Management Conference on October 20, 2011, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, before Magistrate Judge Maria-Elena James. All case management and ADR deadlines are adjusted accordingly.

Dated: September 21, 2011

                                                     _____

                                                     Brenda Tolbert, Courtroom Deputy to Chief
                                                     Magistrate Judge Maria-Elena James