UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MISSION TRADING CO

      Plaintiff(s),

v.

ROHAN VIRMANI

      Defendant(s).

_____/

No. 11-02901 MEJ

**NOTICE AND ORDER SETTING CMC**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above-entitled case has been set for a Case Management Conference on October 20, 2011, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, before Magistrate Judge Maria-Elena James. All case management and ADR deadlines are adjusted accordingly.

Dated: September 21, 2011

                                       _____

                                       Brenda Tolbert, Courtroom Deputy to Chief Magistrate Judge Maria-Elena James