FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
mdodd@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Defendants*
Rohan Virmani, Eurostar Industries,
EuroAsiana Auto Parts, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MISSION TRADING COMPANY, INC., et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>ROHAN VIRMANI, et al.<br><br>*Defendants*. | Case No. CV 11-02901-MEJ<br><br>**DEFENDANTS AND COUNTERCLAIMANTS CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil L.R. 3-16]<br><br>Chief Magistrate Judge Maria-Elena James |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  October 3, 2011

FUTTERMAN DUPREE DODD
CROLEY MAIER LLP

By: _____/s/ Martin H. Dodd_____
           Martin H. Dodd
*Attorneys for Defendant Rohan Virmani*
Rohan Virmani, Eurostar Industries, and
EuroAsiana Auto Parts, LLC

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1
DEFENDANT AND COUNTERCLAIMANTS CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-16]
CASE NO.  CV 11-02901-MEJ