# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL CONFERENCE MINUTE ORDER

**CASE NO.** C-11-2901-MEJ (DMR)

**CASE NAME:** MISSION TRADING COMPANY, ET AL v. ROHAN VIRMANI, ET AL

**MAGISTRATE JUDGE DONNA M. RYU**    **COURTROOM DEPUTY:** Ivy Garcia

**DATE:** 11/8/11    **TIME:** 5.5 hrs    **RECORDED ON FTR** 4:18 - 4:24

**COUNSEL FOR PLAINTIFF:**    **COUNSEL FOR DEFENDANT:**
Sunita Kapoor    Martin Dodd

## PROCEEDINGS

[X]  SETTLEMENT CONFERENCE          [ ]  FURTHER SETTLEMENT CONFERENCE

   [X]  Settled
   [ ]  Did not settle
   [ ]  Partial settlement

[ ]  DISCOVERY CONFERENCE

[ ]  STATUS CONFERENCE RE:

[ ]  OTHER:

CASE CONTINUED TO:          FOR

NOTES:    Matter fully settled.

CC:    Chambers, Brenda Tolbert (CRD of Chief Mag. Judge Maria-Elena James)