FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
JAIME G. TOUCHSTONE (233187)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
mdodd@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Defendants*
Rohan Virmani, Eurostar Industries
and *Defendant and Counterclaimant*
EuroAsiana Auto Parts, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISSION TRADING COMPANY, INC., et al. | Case No. CV 11-02901-MEJ |
| *Plaintiffs*, | |
| v. | Chief Magistrate Judge Maria-Elena James |
| ROHAN VIRMANI, et al. | |
| *Defendants*. | **STIPULATION FOR ORDER DISMISSING FIRST AMENDED COMPLAINT AND FIRST AMENDED COUNTERCLAIM WITH PREJUDICE AND ORDER THEREON** |
| EUROASIANA AUTO PARTS, LLC, | |
| *Counterclaimant*, | [FRCP 41(a)(2)] |
| v. | |
| MISSION TRADING COMPANY, INC., et al., | |
| *Counterdefendants*. | |

Pursuant to the settlement reached between the parties on November 8, 2011 at a settlement conference before Magistrate Judge Donna Ryu, the parties, by and through their

respective counsel, hereby stipulate for an order pursuant to FRCP 41(a)(2) dismissing the first amended complaint and first amended counterclaim on file herein, with prejudice, each party to bear its own costs.

Dated: February 7, 2012                              FUTTERMAN DUPREE DODD
                                                     CROLEY MAIER LLP

                                                     By:_____/s/ Martin H. Dodd_____
                                                              Martin H. Dodd
                                                     *Attorneys for Defendants Rohan Virmani
                                                     Rohan Virmani, Eurostar Industries, and
                                                     Defendant and Counterclaimant EuroAsiana
                                                     Auto Parts, LLC*

Dated: February 10, 2012                             THE LAW OFFICES OF SUNITA KAPOOR

                                                     By:_____/s/ Sunita Kapoor_____
                                                              Sunita Kapoor
                                                     *Attorneys for Plaintiffs and Counterdefendants
                                                     Mission Trading Company and Hakam S.
                                                     Misson*

## ORDER

Pursuant to the stipulation of the parties, the first amended complaint and first amended counterclaim on file herein are hereby DISMISSED with prejudice, each party to bear its owns costs.

**IT IS SO ORDERED.**

Dated: February 13, 2012

_____
Chief Magistrate Judge Maria-Elena James