| | |
|---|---|
| 1 | FUTTERMAN DUPREE DODD CROLEY MAIER LLP |
| | MARTIN H. DODD (104363) |
| 2 | JAIME G. TOUCHSTONE (233187) |
| | 180 Sansome Street, 17th Floor |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 399-3840 |
| 4 | Facsimile: (415) 399-3838 |
| | mdodd@fddcm.com |
| 5 | jtouchstone@fddcm.com |
| 6 | *Attorneys for Defendants* |
| | Rohan Virmani, Eurostar Industries |
| 7 | and *Defendant and Counterclaimant* |
| | EuroAsiana Auto Parts, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MISSION TRADING COMPANY, INC., et al. | Case No. CV 11-02901-MEJ |
| *Plaintiffs*, | |
| v. | Chief Magistrate Judge Maria-Elena James |
| ROHAN VIRMANI, et al. | |
| *Defendants*. | **STIPULATION FOR ORDER DISMISSING FIRST AMENDED COMPLAINT AND FIRST AMENDED COUNTERCLAIM WITH PREJUDICE AND ORDER THEREON** |
| EUROASIANA AUTO PARTS, LLC, | |
| *Counterclaimant*, | **[FRCP 41(a)(2)]** |
| v. | |
| MISSION TRADING COMPANY, INC., et al., | |
| *Counterdefendants*. | |

Pursuant to the settlement reached between the parties on November 8, 2011 at a settlement conference before Magistrate Judge Donna Ryu, the parties, by and through their

respective counsel, hereby stipulate for an order pursuant to FRCP 41(a)(2) dismissing the first amended complaint and first amended counterclaim on file herein, with prejudice, each party to bear its own costs.

Dated: February 7, 2012　　　　　　　　　　FUTTERMAN DUPREE DODD
　　　　　　　　　　　　　　　　　　　　　　CROLEY MAIER LLP

By: /s/ Martin H. Dodd
　　　Martin H. Dodd
*Attorneys for Defendants Rohan Virmani Rohan Virmani, Eurostar Industries, and Defendant and Counterclaimant EuroAsiana Auto Parts, LLC*

Dated: February 10, 2012　　　　　　　　　THE LAW OFFICES OF SUNITA KAPOOR

By: /s/ Sunita Kapoor
　　　Sunita Kapoor
*Attorneys for Plaintiffs and Counterdefendants Mission Trading Company and Hakam S. Misson*

**ORDER**

Pursuant to the stipulation of the parties, the first amended complaint and first amended counterclaim on file herein are hereby DISMISSED with prejudice, each party to bear its owns costs.

**IT IS SO ORDERED.**

Dated: February 13, 2012

Chief Magistrate Judge Maria-Elena James